BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

**FILED**

JUN 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:10-MJ-00019 |
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |
| v. | |
| ALEJANDRO MONTEJANO, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reason.

The defendant is currently incarcerated in Mexico on drug charges and the state is no longer interested in pursuing the underlying criminal charges.

Dated: June 13, 2014

BENJAMIN B. WAGNER
United States Attorney

By: _Karen Escobar_

KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED this 13 day of June, 2014.

_____
GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

MOTION TO DISMISS AND PROPOSED ORDER